IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT E. TIPPENS, JR., )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:18CV298–HEH
)
HAROLD W. CLARKE, )
)
    Defendant. )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

On May 18, 2018, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on June 26, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $14.51 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee.[1] Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                  /s/
                                HENRY E. HUDSON
Date: July 26, 2018          SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia

---

[1] On July 18, 2018, Plaintiff filed a Motion for Release Pending Appellate Review (ECF No. 9) but did not address the Court's June 26, 2018 Memorandum Order.